# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

REGINALD EVERETT, Individually and
On Behalf of All Others Similarly Situated                    PLAINTIFF

v.                          No. 5:18-cv-39-DPM

INTERFOR U.S., INC.                                           DEFENDANT

## ORDER

The Court approves the proposed settlement agreement. № 28. All material things considered, the proposed settlement is fair, reasonable, and adequate. *Lynn's Food Stores v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). The parties have agreed on confidentiality in general, but have also filed their agreement on the public docket to conform to this Court's standard practice. Everett is made whole for his allegedly unpaid wages. The Court has reviewed the billing records; the attorney's fees are appropriately modest. The complaint will therefore be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 July 2018