IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

REGINALD EVERETT, Individually and
On Behalf of All Others Similarly Situated                    PLAINTIFF

v.                         No. 5:18-cv-39-DPM

INTERFOR U.S., INC.                                           DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

18 July 2018